**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **VINCENT J. KROCKA**, |
| Plaintiff, |
| v. |
| **EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS**, *et al.*, |
| Defendants. |

Case No. 17-cv-2171 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [22] Defendants' Motion for Summary Judgment is GRANTED in part.

The Court grants judgment with respect to Defendants' withholdings and reserves judgment on

the adequacy of the search. Defendants are directed to file a supplemental declaration within

fourteen (14) days of this Order attesting to the scope of its search and whether it provided

Plaintiff with all transcripts in its possession. The declaration should also address the status of

the three discs admitted during Plaintiff's criminal trial. Plaintiff will have fourteen (14) days

thereafter to respond to that declaration. It is further

**ORDERED** that [26] Plaintiff's Motion for Summary Judgment is DENIED in part. The

Court denies the motion with respect to the government's withholdings and reserves judgment

with respect to the adequacy of the government's search. It is further

**ORDERED** that [31] Plaintiff's Motion for Status is DENIED as moot.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:    February 19, 2019